PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS



United States Courts
Southern District of Texas
FILED

JAN 2 5 2018

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## FOR THE _SOUTHERN_ DISTRICT OF TEXAS

## _HOUSTON_ DIVISION

### PETITION FOR A WRIT OF HABEAS CORPUS BY
### A PERSON IN STATE CUSTODY

_PAUL E. ARCHIE_
PETITIONER
(Full name of Petitioner)

_HUGHES UNIT_
CURRENT PLACE OF CONFINEMENT

vs.

_519474_
PRISONER ID NUMBER

_LORIE DAVIS_
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

CASE NUMBER
(Supplied by the District Court Clerk)

---

### INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.   Only judgments entered by one court may be challenged in a single petition.  A separate petition must be filed to challenge a judgment entered by a different state court.

6.   Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.   Mail the completed petition and one copy to the U. S. District Clerk.  The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.  The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.   Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?**  (Check all that apply)

☐   A judgment of conviction or sentence,       (Answer Questions 1-4, 5-12 & 20-25)
    probation or deferred-adjudication probation.
☐   A parole revocation proceeding.          (Answer Questions 1-4, 13-14 & 20-25)
☐   A disciplinary proceeding.              (Answer Questions 1-4, 15-19 & 20-25)
☒   Other: _TIME CREDIT_             (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
**Note:** In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.   Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _____

    _230TH DISTRICT COURT_

    _HARRIS COUNTY TEXAS_

2.   Date of judgment of conviction: _6/13/89_

3.   Length of sentence: _30 YEARS_

4.   Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: _512624_

---

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5.  What was your plea? (Check one)   ☐ Not Guilty   ☒ Guilty   ☐ Nolo Contendere

6.  Kind of trial: (Check one)   ☐ Jury   ☒ Judge Only

7.  Did you testify at trial?   ☐ Yes   ☒ No

8.  Did you appeal the judgment of conviction?   ☒ Yes   ☐ No

9.  If you did appeal, in what appellate court did you file your direct appeal? *14TH COURT OF APPEALS HOUSTON*   Cause Number (if known): *NO. C14-89-00588-CR*

    What was the result of your direct appeal (affirmed, modified or reversed)? *AFFIRMED*

    What was the date of that decision? *OCT. 4, 1990*

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

    Grounds raised: *DID NOT KNOWINGLY AND VOLUNTARILY WAIVE COUNSEL*

    Result: *AFFIRMED*

    Date of result: *SEPT. 18, 1991*   Cause Number (if known): *1090-90*

    If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

    Result: *DID NOT FILE WRIT OF CERTIORARI*

    Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal?  This includes any state applications for a writ of habeas corpus that you may have filed.   ☒ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: *230TH DISTRICT COURT*

    Nature of proceeding: *HABEAS CORPUS*

    Cause number (if known): *512624-A, 512624-B, 512624-C, 512624-D 512624-E, 512624-F, 512624-G, 512624-H 512624-I*

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: _4/29/92 CAUSE NO. 512624-A_

Grounds raised: _APPLICANT DID NOT WAIVE HIS RIGHT TO COUNSEL_

Date of final decision: _4/29/92_

What was the decision? _DENIED_

Name of court that issued the final decision: _COURT OF CRIMINAL APPEALS_

As to any second petition, application or motion, give the same information:

Name of court: _COURT OF CRIMINAL APPEAL_

Nature of proceeding: _HABEAS CORPUS_

Cause number (if known): _512624 -B_

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court:
_5/28/97_

Grounds raised: _( DO NOT HAVE COPY OF PETITION )_

Date of final decision: _5/28/97_

What was the decision? _DISMISSED_

Name of court that issued the final decision: _COURT OF CRIMINAL APPEALS_

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12.    Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?        ☐ Yes    ☒ No

    (a)    If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

    (b)    Give the date and length of the sentence to be served in the future: _____

(3) DATE (MONTH, DAY AND YEAR) YOU FILED THE PETITION APPLICATION OR MOTION AS SHOWN BY A FILE STAMPED DATE FROM THE PARTICULAR COURT:

GROUNDS RAISED: DO NOT HAVE A COPY.

DATE OF FINAL DECISION? 03/20/03

WHAT WAS THE DECISION?: DISMISSED NON-COMPLIANCE

NAME OF COURT THAT ISSUED FINAL DECISION: COURT OF CRIMINAL APPEALS

NATURE OF PROCEEDING: HABEAS CORPUS

CAUSE NUMBER (IF KNOWN) 512624-C

(4) DATE (MONTH, DAY AND YEAR) YOU FILED THE PETITION APPLICATION OR MOTION AS SHOWN BY A FILE STAMPED DATE FROM THE PARTICULAR COURT:

GROUNDS RAISED: DO NOT HAVE COPY.

DATE OF FINAL DECISION? 7/30/03

WHAT WAS THE DECISION? DISMISSED

NAME OF COURT THAT ISSUED FINAL DECISION: COURT OF CRIMINAL APPEALS

CAUSE NUMBER (IF KNOWN) 512624-D

(5) DATE (MONTH, DAY AND YEAR) YOU FILED THE PETITION APPLICATION OR MOTION AS SHOWN BY A FILE STAMPED DATE FROM THE PARTICULAR COURT:

GROUNDS RAISED: DO NOT HAVE A COPY.

DATE OF FINAL DECISION? 3/23/05

WHAT WAS THE DECISION? DISMISSED

NAME OF COURT THAT ISSUED FINAL DECISION:

COURT OF CRIMINAL APPEALS

NATURE OF PROCEEDING: HABEAS CORPUS

CASE NUMBER (IF KNOWN) 512624-E

(6) DATE (MONTH, DAY AND YEAR) YOU FILED THE
PETITION APPLICATION OR MOTION AS SHOWN
BY A FILE STAMPED DATE FROM THE PARTICULAR
COURT:

GROUNDS RAISED: DO NOT HAVE COPY.

DATE OF FINAL DECISION? 6/13/07

WHAT WAS THE DECISION? DISMISSED

NAME OF COURT THAT ISSUED FINAL DECISION:

COURT OF CRIMINAL APPEALS

NATURE OF PROCEEDING: HABEAS CORPUS

CAUSE NUMBER (IF KNOWN) 512626-F

(7) DATE (MONTH, DAY AND YEAR) YOU FILED THE
PETITION APPLICATION OR MOTION AS SHOWN BY
A FILE STAMPED DATE FROM THE PARTICULAR
COURT:

GROUNDS RAISED: DO NOT HAVE COPY

DATE OF FINAL DECISION? 2/17/16

WHAT WAS THE DECISION? DISMISSED NON-COMPLIANCE

NAME OF COURT THAT ISSUED FINAL DECISION:
COURT OF CRIMINAL APPEALS

NATURE OF PROCEEDING: HABEAS CORPUS
CAUSE NUMBER (IF KNOWN): 512624-G

(8) DATE (MONTH, DAY AND YEAR) YOU FILED
THE PETITION APPLICATION OR MOTION AS
SHOWN BY A FILE STAMPED DATE FROM THE
PARTICULAR COURT:

GROUNDS RAISED: THE TDCJ'S FAILURE TO CORRECTLY
CALCULATE PETITIONER'S GOOD TIME AND WORK
TIME CREDITS TOWARD HIS MANDATORY SUPER-
VISION DATE HAS DEPRIVED HIM OF A LIBERTY
INTREST, DUE PROCESS OF LAW AND CONSTITUTIO-
NAL EXPECTANCY TO EARLY RELEASE.

DATES OF FINAL DECISION? 6/22/16
WHAT WAS THE DECISION! DENIED
NAME OF COURT THAT ISSUED FINAL DECISION:
COURT OF CRIMINAL APPEALS
NATURE OF PROCEEDING: HABEAS CORPUS
CAUSE NUMBER (IF KNOWN): 512624-H

— 4(D) —

(c)    Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?    ☐ Yes    ☐ No

## Parole Revocation:

13.    Date and location of your parole revocation: _____

14.    Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation?    ☒ Yes    ☐ No

If your answer is "Yes," complete Question 11 above regarding your parole revocation.

## Disciplinary Proceedings:

15.    For your original conviction, was there a finding that you used or exhibited a deadly weapon?    ☒ Yes    ☐ No

16.    Are you eligible for release on mandatory supervision?    ☒ Yes    ☐ No

17.    Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation:

_____

Disciplinary case number: _____

What was the nature of the disciplinary charge against you? _____

18.    Date you were found guilty of the disciplinary violation: _____

Did you lose previously earned good-time days?    ☐ Yes    ☐ No

If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing:

_____

Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status:

_____

_____

_____

19.    Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?    ☐ Yes    ☐ No

If your answer to Question 19 is "Yes," answer the following:

Step 1 Result: _____

Date of Result: _____

<u>Step 2</u>  Result: _____  _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Summarize <u>briefly</u> the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.  THE TDCJ'S FAILURE TO CORRECTLY CALCULATE

A.  **GROUND ONE:** PETITIONER'S GOOD TIME AND WORK TIME CREDITS TOWARD HIS MANDATORY SUPERVISION DATE HAS DEPRIVED HIM OF A LIBERTY ENTREST, DUE PROCESS OF LAW AND CONSTITUTIONAL EXPECTANCY TO EARLY RELEASE

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

THE PETITIONER ALLEGES THAT THE TDCJ'S FAILURE TO CREDIT HIS GOOD TIME AND WORK TIME TOWARD HIS "MANDATORY SUPERVISION" DATE HAS DEPRIVED HIM OF A "LIBERTY ENTREST" AND A CONSTITUTIONAL EXPECTANCY TO EARLY RELEASE. THE PETITIONER IS IN PRISON ON A TECHNICAL

B.  **GROUND TWO:** _____

_____

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

PAROLE VIOLATION. THE PETITIONER'S STREET TIME WAS FORFEITED. THE STREET TIME FORFEITED IS SIX (6) YEARS, FIVE MONTHS AND SIXTEEN (16) DAYS. THE PETITIONER'S MANDATORY SUPERVISION DATE IS BASED ON SIX YEARS, FIVE MONTHS AND SIXTEEN DAYS. THE PETITIONER'S MANDATORY SUPERVISION DATE IS CALCULATED FROM THE SIX YEARS, FIVE MONTHS AND SIXTEEN DAYS. THE CALCULATION BY LAW ON THE RELEASE OF A MANDATORY RELEASE OF PETITIONER'S FORFEITED STREET TIME IS TWO (2) YEARS AND (11) ELEVEN MONTHS. THE PETITIONER CAME TO JAIL ON 3/16/15. THE PETITIONER'S TDCJ TIME SHEET DATED 4/20/17 HAS THE PETITIONER CREDITED WITH GOOD TIME OF TWO (2) YEARS, (3) THREE MONTHS AND (22) TWENTY TWO DAYS AND WORK TIME OF (1) ONE YEAR, (4) FOUR MONTHS AND (8) EIGHT DAYS. ALTHOUGH MAY, JUNE AND JULY IS NOT CALCULATED AS OF APRIL 2017. PETITIONER HAS OVER (3) THREE YEARS, (7) SEVEN MONTHS AND (30) THIRTY DAYS COUNTED TOWARD HIS MANDATORY SUPERVISION DATE ACCORDING TO THE TDCJ TIME SHEET OF WORK TIME AND GOOD TIME YET THE PETITIONER'S MANDATORY SUPERVISION DATE HAS NOT MOVED SINCE 10/28/15.

- 6 (B) -

C.   **GROUND THREE:** _____

_____

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

D.   **GROUND FOUR:** _____

_____

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

21.   Relief sought in this petition: _____

_____

_____

_____

_____

_____

_____

_____

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?   ☐ Yes   ☒ No
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

_____

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?   ☐ Yes   ☒ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☒ Yes   ☐ No

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

THIS ERROR IS A MANDATORY SUPERVISION ERROR ALLEGING
THAT THE TDCJ HAS INCORRECTLY CALCULATED PETITIONER'S
WORK TIME AND GOOD TIME TOWAR HIS MANDATORY SUPERVISION DATE

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____

_____

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: DO NOT KNOW

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g)     On appeal from any ruling against you in a post-conviction proceeding: _____

_____

## Timeliness of Petition:

26.     If your judgment of conviction, parole revocation or disciplinary proceeding became final over
        one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. §
        2244(d) does not bar your petition.[1]

_____

_____

_____

_____

_____

_____

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d),
provides in part that:

    (1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)     the date on which the judgment became final by the conclusion of direct review or the
expiration of the time for seeking such review;

        (B)     the date on which the impediment to filing an application created by State action in violation
of the Constitution or laws of the United States is removed, if the applicant was prevented from
filing by such State action;

        (C)     the date on which the constitutional right asserted was initially recognized by the Supreme
Court, if the right has been newly recognized by the Supreme Court and made retroactively
applicable to cases on collateral review; or

        (D)     the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

    (2)     The time during which a properly filed application for State post-conviction or other collateral review
with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

_JANUARY 18, 2018_____ (month, day, year).

Executed (signed) on _JANUARY 18, 2018_____ (date).

_____
Signature of Petitioner (<u>required</u>)

Petitioner's <u>current</u> address: __RT. 2 BOX 4400, GATESVILLE, TEXAS__

__76597__